IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JOE SMITH, | ) | No. C 05-3822 JSW (PR) |
| Petitioner, | ) ) | **ORDER DENYING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE TO PETITIONER FILING A COMPLETED *IN FORMA PAUPERIS* APPLICATION WITHIN THIRTY DAYS** |
| vs. | ) ) | |
| D.L. RUNNELS, Warden, | ) ) | |
| Respondent. | ) ) | |

(Docket No. 2)

On September 22, 2005, Petitioner, a prisoner of the State of California, filed habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction and a motion to proceed *in forma pauperis* (docket no. 2). On that same date, the Clerk of the Court sent Petitioner a notification that he had neither paid the filing fee nor submitted a complete application for leave to proceed *in forma pauperis* (docket no. 3). Petitioner was notified that he had not submitted a Certificate of Funds in Prisoner's Account nor attached a copy of the prisoner trust account statement for the last six months. The Court provided a copy of the correct form to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days.

On November 22, 2005, Petitioner sent a letter regarding the case, but failed to provide the Court with the certificate or trust account statement. Thereafter, on

1  December 2, 2005, Petitioner filed an amended petition.  Petitioner again failed to
2  provide the documentation in support of his *in forma pauperis* application.  Accordingly,
3  Petitioner's *in forma pauperis* application is DENIED.  (Docket no. 2).
4      However, the denial is without prejudice to Petitioner filing a completed
5  application and signed and certified trust account documents within <u>thirty</u> days of the
6  date of this order.  The Court will use the information provided on the certificate of
7  funds and the trust account statement to determine whether *in forma pauperis* status will
8  be granted.  In the alternative, Petitioner may pay the $5.00 filing fee within thirty days.
9  If he chooses to pay the filing fee, Petitioner shall include with the payment a clear
10 indication that it is for this case number, C 05-3822 JSW (PR).  Failure to timely comply
11 with this order will result in the dismissal of this action without prejudice.
12     IT IS SO ORDERED.
13 DATED: March 9, 2006

_____
JEFFREY S. WHITE
United States District Judge