IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SMITH,<br><br>    Petitioner,<br><br>vs.<br><br>D. L. RUNNELS, Warden,<br><br>    Respondent. | No. C 05-3822 JSW (PR)<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING HABEAS PETITION, GRANTING LEAVE TO AMEND AND INSTRUCTIONS TO CLERK**<br><br>**(Docket no. 11)** |

      Michael J. Smith, California prisoner, filed this action for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner advised the Court in his amended habeas application that several claims had not been exhausted in the California Supreme Court. After the Court provided him with alternatives and advised Petitioner that he must inform the Court how he intends to proceed on the mixed petition, Petitioner moved for a stay of this proceeding so that he could exhaust additional claims in state court (docket no. 11).

      A district court may stay a petition pending a petitioner's exhaustion of additional claims, with the intention of allowing an amendment after exhaustion to add the newly exhausted claims. *See Rhines v. Webber*, 125 S. Ct. 1528, 1535 (2005); *Kelly v. Small*, 315 F.3d 1063, 1070 (9th Cir. 2003); *Calderon v. United States Dist. Court (Taylor)*, 134 F.3d 981, 989 (9th Cir. 1998). Petitioner contends that trial counsel failed to investigate issues in his defense and that he was unable to raise the claims earlier. Petitioner has established good cause for his failure to exhaust these issues earlier and show that the issues are "potentially meritorious." *Rhines*, 125 S. Ct. at 1535. Accordingly,

1  Petitioner's request for a stay is GRANTED, subject to the conditions set forth below,
2  and this action is hereby STAYED until thirty days after the California Supreme Court's
3  final decision on Petitioner's claims.

4  Once the California Supreme Court has issued a decision on Petitioner's now
5  unexhausted claims, Petitioner shall promptly notify the Court. Within thirty days of
6  such decision, Petitioner may file an amended petition containing all claims, including
7  the two newly exhausted claims. If Petitioner chooses to file an amended petition, he
8  must include the caption and civil case number used in this order (No. C-05-3822 JSW
9  (PR)) and the words SECOND AMENDED PETITION on the first page, and Petitioner
10 may not incorporate material from the original petition by reference.

11 **If Petitioner wishes to have this Court consider his now unexhausted claims**
12 **in an amended petition, he must properly present these claims to the Supreme**
13 **Court of California within thirty days of the date this order is filed, and thereafter**
14 **file a second amended petition in this Court within thirty days of the California**
15 **Supreme Court's decision containing all of his claims. If Petitioner fails to do so,**
16 **this matter shall proceed on Petitioner's two previously exhausted claims pending**
17 **before the Court and the Court will not consider Petitioner's other claims.**

18 The clerk shall administratively close the file pending the stay of this action.
19 IT IS SO ORDERED.
20 DATED: May 25, 2006

		  _____
		  JEFFREY S. WHITE
		  United States District Judge