IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SMITH,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>D. L. RUNNELS, Warden,<br><br>　　　　　Respondent. | No. C 05-3822 JSW (PR)<br><br>**ORDER REOPENING CASE; TO SHOW CAUSE; GRANTING MOTIONS TO COMPEL ANSWER AND TO ACKNOWLEDGE FILING OF SECOND AMENDED PETITION**<br><br>(Docket Nos. 16 & 17) |

　　　　Michael J. Smith, California prisoner, filed this action for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner advised the Court in his amended habeas application that several claims had not been exhausted in the California Supreme Court. Thereafter, the Court granted Petitioner's motion for a stay of this proceeding so that he could exhaust additional claims in state court. After exhausting such claims, Petitioner filed a Second Amended Petition herein on April 9, 2007, and thereafter filed a motion "to compel" an answer from Respondent (Docket No. 16).

　　　　For the foregoing reasons and for good cause shown,

　　　　1. The Clerk shall serve by certified mail a copy of this order and the April 9, 2007 Second Amended Petition, and all attachments thereto, on Respondent's attorney, the Attorney General of the State of California.

　　　　2. Respondent shall file with the Court and serve on Petitioner, within **sixty (60)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

not be granted based on the claims set forth in the Second Amended Petition. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30)** days of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30)** days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days of receipt of any opposition.

4. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address." He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

5. Petitioner's motions to compel an answer (Docket No. 16) and for acknowledgment that the Second Amended Petition has been filed (Docket No. 17) are GRANTED.

The clerk shall REOPEN the file.

This order terminates Docket Nos. 16 & 17.

IT IS SO ORDERED.

DATED: March 13, 2008

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

SMITH,

        Plaintiff,

 v.

RUNNELS et al,

        Defendant.

Case Number: CV05-03822 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Smith
T55364
P.O. Box 3030
Susanville, CA 96127-3030

Dated: March 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk